IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JASON LEE NIEMAN**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:12-CV-2433-L** |
| | § | |
| **KEITH HALE, INSURANCE SEARCH GROUP, and JOHN DOE CORPORATION**, | § § § § | |
| | § | |
| Defendants. | § | |

# ORDER

This case was referred to Magistrate David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 3, 2013. Regarding Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 17), filed on December 19, 2013, by Defendant Keith Hale ("Hale") and Insurance Search Group ("ISG") (collectively, "Recruiter Defendants"), the magistrate judge recommended that the motion to dismiss be granted and Plaintiff's First Amended Complaint be dismissed. The magistrate judge nevertheless recommended that Plaintiff's Motion for Leave to File His Second Amended Complaint (Doc. 21), filed April 16, 2013, should be granted. No objections to the Report were filed. Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 17) and dismisses Plaintiff's First Amended Complaint. Further, the court will permit Plaintiff to amend his pleadings. Plaintiff's Motion for Leave to File His Second Amended

Complaint (Doc. 21) is therefore **granted.** Plaintiff **shall** file his second amended complaint by **August 6, 2013.** No further amendments of Plaintiff's pleadings will be permitted.

**It is so ordered** this 23rd day of July, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge