# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JASON LEE NIEMAN, | § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-02433-L |
| KEITH HALE, *et al.*, | § § | Judge: Hon. Sam A. Lindsay |
| | § | Magistrate Judge: Hon. David L. Horan |
| Defendants | § | |

## DEFENDANT HALE'S OPPOSITION TO PLAINTIFF NIEMAN'S MOTION FOR SUMMARY JUDGMENT

## TABLE OF CONTENTS

| | |
|---|---|
| I. INTRODUCTION | 1 |
| II. BACKGROUND FACTS | 4 |
| III. ARGUMENTS AND AUTHORITIES IN OPPOSITION TO NIEMAN'S COMPLAINT | 9 |
| A. Nieman' Motion fails to show that there is no genuine dispute as to any material fact........... | 10 |
| B. Nieman's Motion relies on criticizing Hale's credibility | 12 |
| C. Nieman's Motion fails because its allegations are based upon suppositions and fiction | 13 |
| D. Nieman's Motion fails because it twists and distorts law and events | 16 |
| E. The U.S. Constitution fails to support Nieman's Motion | 18 |
| IV. PRAYER | 19 |

# TABLE OF AUTHORITIES

| Cases | Pages |
|---|---|
| *Alston v. Aetna Life Ins. Co.*, 1994 U.S. Dist. LEXIS 6739, *27-28 (N.D.Cal. Feb. 14, 1994 | 13 |
| *Anderson v. Liberty Lobby, Inc.*, 447 U.S. 242, 248 (1986) | 3, 10 |
| *Boudreaux v. Swift Transportation Co., Inc.*, 402 F.3d 536, 540 (5th Cir. 2005) | 3 |
| *Burlington Northern & Santa Fe Railway Co.*, 548 U.S. 53, 67 (2006) | 5, 7, 10,16,17 |
| *Castro v. Beecher*, 459 F. 2d 725 (CA1 1972) | 6 |
| *Chance v. Board of Examiners*, 458 F. 2d 1167 (CA2 1972) | 6 |
| *Cutting Underwater Technologies USA, Inc. v. Eni U.S. Operating Co.*, 671 F.3d 512, 515-16. | 12 |
| *Dias v. Goodman Mfg. L.P Co.*, 214 S.W.3d 672, 676 (Tex.App.-Houston [14th Dist.] 2007 | 5, 16, 17 |
| *Filar v. Bd. of Educ. of Chicago*, 526 F.3d 1054, 1063 (7th Cir. 2008) | 11 |
| *Forsythe v. Barr*, 19 F.3d 1527, 1533 (6th Cir) | 3 |
| *Griggs v. Duke Power Co.*, 401 U. S. 424, 429 (1971) | 6 |
| *Highland Capital Management, LP v. Bank of America, National Association* 3:10-CV-1632-L, N.D. Tex, Doc 132 at 15 | 12 |
| *Hill v. Potter*, 625 F. 3d 998 (7th Cir.2010) | 11 |
| *McCoy v. City of Shreveport*, 492 F.3d 551, 556-57 (5th Cir. 2007) | 5, 16,17 |
| *Quarles v. Philip Morris, Inc.*, 279 F. Supp. 505 (ED Va. 1968) | 6 |
| *Reeves v. Sanderson Plumbing Products, Inc.*, 530 U.S. 133, 150 (2000) | 3 |
| *Springer v. Durflinger*, 518 F.3d 479, 484 (7th Cir.2008) | 11 |

## STATUTES AND RULES

| Statutes and Rules | Page |
|---|---|
| Fed. R. Civ. P. 11(b)(1)(3) | 7 |
| Fed. R. Civ. P. 11(b)(1) | 9 |
| Fed. R. Civ. P. 56(a) | 1 |

| | |
|---|---|
| N.D. Tex. L. Civ. R. 56.5(b) | 1 |
| Fed. R. Civ. P. 56(f)(1) | 2 |
| Fed. R. Civ. P. 56 (d)(1) | 2 |
| Fed. R. Civ. P. 56(g) | 3 |
| Fed. R. Civ. P. 56 | 10,12,16 |
| Texas Labor Code § 21.055 | 5, 16 |
| Texas Labor Code § 52.031(a)(b)(1)(2) | 13, 16 |
| | |

## DEFENDANT'S APPENDIX TABLE OF CONTENTS

| Document | Pages |
|---|---|
| 3/25/2011 Email to Daniel Kennedy, RLI General Counsel, cc Keith Hale first revealing "protected activity" | 1 |
| Pages from Deposition of Jason Nieman, (deposed by Keith Hale) | 2 – 11 |
| Examples of Nieman not dissuaded from taking part in protected conduct | 3-31 |
| Current resume of Jason Nieman (first page) | 32 |
| Pages from Deposition of Paul Neir, (deposed by Jason Nieman) | 33 - 35 |